UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR. NO. 0:98-1126-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHANRECA LASHON CRAWFORD | ) | |
| | ) | |

For good cause shown, and without objection by the United States Attorney's Office,

the defendant's supervised release is hereby terminated.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

March 2, 2012                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge